**FILED**

AUG - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICROSOFT CORPORATION
920 Fourth Avenue
Redmond, Washington 98104,

    Plaintiff,

       v.

WASHINGTON TECHNOLOGY GROUP, INC.
1623 Roxanna Road, N.W.
Washington, D.C. 20012

    Defendant.

Serve:  Rodney G. Hawkins
        1623 Roxanna Road, N.W.
        Washington, D.C. 20012

Case: 1:07-cv-01413
Assigned To : Kennedy, Henry H.
Assign. Date : 8/3/2007
Description: Contract

## COMPLAINT
### Breach of Contract - Statement on Account

COMES NOW Plaintiff Microsoft Corporation ("Microsoft"), by and through its undersigned counsel, and for its complaint against Washington Technology Group, Inc. states as follows:

### JURISDICTION AND VENUE

1.    This Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332(a). The matter in controversy exceeds $75,000.00 and there is diversity between the parties.

2.    Venue is proper in this Court pursuant to 28 U.S.C. §1391(a).

### THE PARTIES

3.    Microsoft is a computer technology corporation organized under the laws of the State of Washington and located at 920 Fourth Avenue, Redmond, Washington 98104, with its principal place of business in the State of Washington.

1

4.    Defendant Washington Technology Group, Inc. is a consulting firm and government contractor organized and incorporated under the laws of the District of Columbia and located at 1623 Roxanna Road, N.W., Washington, D..C., with its principal place of business in the State of Maryland.

## STATEMENT OF FACTS

5.    Defendant regularly does or solicits business with the United States Government and receives contracts as a result of such efforts.

6.    Defendant was awarded government contracts to provide technology services to the California National Guard and the United States Department of the Army.  Having been awarded the contracts, Defendant engaged the Plaintiff to provide knowledge transfer technology and services to these Government agencies during the period January 2005 through June 2006. Plaintiff was to provide such services through its Microsoft Enterprise Services group and then invoice the Defendant for payment. The Defendant promised to pay each invoice.

7.    From January 2005 through June 2006 Plaintiff Microsoft provided the services requested by the Defendant and billed Defendant therefor through for the following invoices and amounts:

| Invoice No. | Amount |
| --- | --- |
| Invoice No. 9620219441 | $41,160.00 |
| Invoice No. 9620237449 | $14,918.97 |
| Invoice No. 9620256518 | $1,447.76 |
| Invoice No. 9620270650 | $30,910.00 |
| Invoice No. 9620288966 | $3,550.00 |
| Invoice No. 9620304416 | $374.57 |
| Invoice No. 9620304417 | $21,776.30 |
| Invoice No. 9620304418 | $2,343.00 |
| Invoice No. 9620313618 | $31,360.00 |
| TOTAL | $147,840.60 |

2

8.     Plaintiff Microsoft provided the services related to the Invoices identified in

Paragraph 7 to the California National Guard and the United States Department of the Army

through the Defendant. Defendant accepted the services under three separate engagements, which

Microsoft identified as (1) WTG-20044134-USArmy-CANG-ESC, (2) WTG-USArmy-USARC,

and (3) WTG-20050344-ESO-PKI. Microsoft and promised to pay the Invoices.

9.     The California National Guard and the United States Department of the Army, as

Plaintiff will demonstrate if this matter must proceed to discovery and a trial, paid the Defendant

for all of the services provided by Plaintiff Microsoft. Having been paid by the Government,

however, the Defendant has failed and refused to pay the Invoices identified above, although the

Plaintiff has made demand therefor and the services have been accepted by the Defendant and by

the Government.

10.    As set out above Defendant owes Plaintiff **$147, 840.60** with pre-judgment interest

at the legal rate from the date of each Invoice until the date of judgment or until the date each

Invoice is paid.

12.    WHEREFORE, Plaintiff demands judgment against the Defendant in the sum of

**$147,840.60**, plus prejudgment interest, reasonable attorneys' fees and costs and post-judgment

interest.

MICROSOFT CORPORATION

By Counsel,

Thomas A. Mauro, Esq.; Bar No. 184515
MAURO LAW OFFICES, P.C.
1020 Nineteenth Street, N.W., Suite 400
Washington, D.C. 20036
202 452 9865

3

M
07-1413
HHK

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

## I (a) PLAINTIFFS

Microsoft Corporation

88888

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Thomas A. Mauro, Esq.
1020 19th Street, N.W., Suite 400
Washington, DC  20036
Tel No. 202 452-9865

## DEFENDANTS

Washington Technology Group, Inc.
1625 Roxanna Rd. N.W. Washington DC 20012

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF
LAND INVOLVED

Case: 1:07-cv-01413
Assigned To : Kennedy, Henry H.
Assign. Date : 8/3/2007
Description: Contract

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff

○ 2 U.S. Government Defendant

○ 3 Federal Question
(U.S. Government Not a Party)

⊗ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ⊗ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ⊗ 4 |
| Citizen of Another State | ⊗ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ⊗ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ○ A. *Antitrust*

☐ 410 Antitrust

### ○ B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ⊗ E. *General Civil (Other)*     OR     ○ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

1

| O  **G. Habeas Corpus/ 2255** | O  **H. Employment Discrimination** | O  **I. FOIA/PRIVACY ACT** | O  **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted<br>Student Loans<br>(excluding veterans) |

| O  **K. Labor/ERISA (non-employment)** | O  **L. Other Civil Rights (non-employment)** | ⊗  **M. Contract** | O  **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights<br>Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-<br>Employment<br>☐ 446 Americans w/Disabilities-<br>Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>⊗ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting<br>(if Voting Rights Act) |

## V. ORIGIN

⊗ 1 Original Proceeding    O 2 Removed from State Court    O 3 Remanded from Appellate Court    O 4 Reinstated or Reopened    O 5 Transferred from another district (specify)    O 6 Multi district Litigation    O 7 Appeal to District Judge from Mag. Judge

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1332

## VII. REQUESTED IN COMPLAINT

CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23    DEMAND $ 847,840.60    Check YES only if demanded in complaint    JURY DEMAND:    YES ☐    NO ☒

## VIII. RELATED CASE(S) IF ANY

(See instruction)    YES ☐    NO ⊗    If yes, please complete related case form.

DATE 8/2/07    SIGNATURE OF ATTORNEY OF RECORD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff if resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.